IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Sherry W. Moore, as Personal Representative of the Estate of Grady Hill, | ) ) ) | C.A. No. 6:09-1260-HMH |
| Plaintiff, | ) ) ) | **OPINION & ORDER** |
| vs. | ) ) | |
| Oakmont-West – Greenville SC, LLC d/b/a Oakmont West Nursing Center; 4033 HCR Properties – Oakmont West – Greenville SC, LLC; HCR ManorCare; HCR Manor Care Services, Inc.; HCRC, Inc.; Health Care and Retirement Corporation of America; and Manor Care, Inc., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Defendants Oakmont-West – Greenville SC, LLC d/b/a Oakmont West Nursing Center ("Oakmont-West") and 4033 HCR Properties – Oakmont West – Greenville SC, LLC ("HCR Properties") are hereby ordered to inform the court of the citizenship of all of their members for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332; Gen. Tech. Applications, Inc. v. Exro Ltda, 388 F.3d 114, 120 (4th Cir. 2004). Oakmont-West and HCR Properties are ordered to respond within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
May 14, 2009